IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | NO. 3:15-CV-2690-L |
| $19,227.78 IN UNITED STATES CURRENCY SEIZED FROM BANK OF AMERICA, NA ACCOUNT NO. ENDING IN 5205 IN THE NAME OF KHI MEDICAL SOLUTIONS, INC., AND $954.70 IN UNITED STATES CURRENCY SEIZED FROM BANK OF AMERICA, NA ACCOUNT NO. ENDING IN 5218 IN THE NAME OF KHI MEDICAL SOLUTIONS, INC. | |

## CERTIFICATE OF INTERESTED PERSONS

I, Melissa A. Childs, counsel for the United States of America, do hereby certify pursuant to LR 3.2(e), that other than the Plaintiff, United States of America and the known possible claimants, Muhammad Faridi and KHI Medical Solutions, Inc., I am currently unaware of any person, organization, or other legal entity who has a financial interest in the outcome of this case.

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

*s/ Melissa A. Childs*
MELISSA A. CHILDS
Assistant United States Attorney
Illinois Bar No. 6273797
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699

Telephone: 214-659-8600
melissa.childs@usdoj.gov

**USA Certificate of Interested Persons – Page 2**